| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | MICHAEL D. McCOY |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr. 13-067 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GOVERNMENT RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENTS |
| v. | |
| MICHAEL JAMES WARD, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the following briefing schedule was set regarding the Defendant's Motion to Suppress Evidence and Statements:

    a. Defendant's motion: April 23, 2013

    b. Government's response: May 14, 2013

    c. Defendant's optional reply: June 4, 2013

    d. Motion hearing: June 18, 2013

2. By this stipulation, the parties now move for a 14-day extension of time for the Government to file its response to the Defendant's Motion to Suppress, resulting in a Government

1

response date of May 28, 2013.  All other briefing schedule dates shall remain the same.

    3. As grounds for this extension of time, both parties state that they need additional time to investigate facts relevant to the motion.

    4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the filing of the Defendant's motion to suppress, April 23, 2013, to the conclusion of the hearing on the motion to suppress is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E].

    5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 13, 2013     /s/ Michael D. McCoy  
                                  MICHAEL D. McCOY  
                                  Assistant United States Attorney

DATED: May 13, 2013     /s/ Douglas J. Beevers  
                                  DOUGLASS BEEVERS  
                                  Counsel for Defendant MICHAEL JAMES WARD  
                                  Per e-mail authorization

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of May, 2013.

                                        LAWRENCE K. KARLTON  
                                        SENIOR JUDGE  
                                        UNITED STATES DISTRICT COURT